

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 304TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 10th day of October, 2014, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| IN THE INTEREST OF: D.W., J.L., V.T., R.W., Ke.W., Ka.W., B.W., and A.W., Minor Children | On Appeal from the 304th Judicial District Court, Dallas County, Texas, Trial Court Cause No. 12-1043-W. |
| No. 05-14-00871-CV | Opinion delivered by Justice Fillmore, Chief Justice Wright and Justice Evans participating. |

was determined; and this Court made its order in these words:

     In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

     **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

     **WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 4th day of March, 2015.

_____
LISA MATZ, Clerk